1  Mathew K. Higbee, Esq., SBN 241380
2  HIGBEE & ASSOCIATES
   1504 Brookhollow Dr., Suite 112
3  Santa Ana, CA 92705
   (714) 617-8352
4  (714) 597-6729 facsimile
5  Email: mhigbee@higbeeassociates.com

6  *Attorney for Plaintiff,*
7  JORGE SALAS,

8
9              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
10

11  JORGE SALAS,                          Case No. _____

12                    Plaintiff,
                                          **COMPLAINT FOR DAMAGES AND**
13  v.                                    **INJUNCTIVE RELIEF FROM**
                                          **COPYRIGHT INFRINGEMENT**
14
    ANTONIO SANDOVAL d/b/a PEP            **DEMAND FOR JURY TRIAL**
15  SUPPLY ANT.; JESUS SANDOVAL-
16  LEYVA d/b/a PEP SUPPLY ANT.; and
    DOES 1-5 inclusive,
17
18                    Defendants.
19

20
21        Plaintiff Jorge Salas, for his Complaint against Antonio Sandoval d/b/a PEP
22  Supply Ant., Jesus Sandoval-Leyva, d/b/a PEP Supply Ant., and DOES 1-5,
23
    inclusive, Defendants, alleges as follows:
24
25                            **INTRODUCTION**
26        1.     Jorge Salas (hereinafter "Plaintiff"), by counsel, brings this action to
27
    challenge the actions of Antonio Sandoval d/b/a PEP Supply Ant., Jesus Sandoval-
28

                                          1

Leyva, d/b/a PEP Supply Ant., and DOES 1-5, inclusive (hereinafter "Defendants"), with regard to the unlawful use of his copyrighted images (hereinafter "Images") owned by Plaintiff, and this conduct caused Plaintiff damages. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

2.     For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendants" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

## JURISDICTION AND VENUE

3.     This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendants violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C. §§ 106 and 106A.

4.     This Court has personal jurisdiction over Defendants because Defendants' acts of infringement complained of herein occurred in the State of California, and Defendants caused injury to Plaintiff in his intellectual property within the State of California.

5.     Venue is proper pursuant to 28 U.S.C. § 1391(b) because the Defendants reside in this judicial district and a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendants reside,

committed the acts of infringement, and have a regular and established place of business in this judicial district.

### PARTIES

6.     Plaintiff is a natural person.

7.     Plaintiff is a "copyright owner" who holds "exclusive rights" to his "copyrighted work[s]" pursuant to 17 U.S.C. §§ 101, 106, 106A.

8.     Plaintiff is informed and believes, and thereon alleges, that Defendant, Antonio Sandoval is an individual residing in the City of Lake Elsinore, in the State of California, and conducted business within the City of Hawaiian Gardens, in the State of California.

9.     Plaintiff is informed and believes, and thereon alleges, that Defendant, Jesus Sandoval-Leyva is an individual residing in the City of Hawaiian Gardens, in the State of California, and conducted business within the City of Hawaiian Gardens, in the State of California.

10.     The true names and capacities, whether individual, corporate, associate or otherwise, of Defendant DOES 1-5, inclusive (the "Doe Defendants"), are not known to Plaintiff who therefore sues said DOE Defendants by such fictitious names.  Plaintiff is informed and believes and thereon alleges that each of the DOE Defendants is legally responsible in some matter for the events and happenings herein referred to, and legally caused injuries and damages proximately thereby to Plaintiff as herein alleged.

//

11. Plaintiff is informed and believes, and thereon alleges, that Defendants are individuals who unlawfully published Plaintiff's copyrighted works without Plaintiff's express or implied authority or by the method of a license.

## FACTUAL ALLEGATIONS

12. At all times relevant, Plaintiff was an individual.

13. Plaintiff is informed and believes, and thereon alleges, that at all times relevant, Defendants are individuals residing in the State of California and conducted business in this judicial district.

14. Plaintiff is a professional photographer by trade. He photographs various objects and sells or licenses them to people and companies seeking to make use of the photographs for advertisements and pecuniary gain. Plaintiff's livelihood is dependent on receiving compensation for the photographs he produces.

15. Plaintiff took the Original Image; *See* Original Images attached hereto as "Exhibit A."

16. Plaintiff has ownership and copyright of the Images.

17. Plaintiff has registered the Images with the United States Copyright Office under Registration Number VA 1-067-019.

18. Plaintiff has provided notice to Defendants that the Images are subject to copyright and to cease use of the Images.

//

19.     Plaintiff did not consent to authorize, permit, or allow in any manner the use of the Images by Defendants.

20.     As of December 20, 2016, Plaintiff's Images are still located and accessible on Defendants' website server located at http://www.pepsupplyant.com/ allowing for further public access and downstream infringement.

21.     Plaintiff is informed and believes that Defendants used Plaintiff's copyrighted works without his permission and published, communicated, benefited through, posted, publicized and otherwise held out to the public for commercial benefit, the original and unique work of Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

22.     Plaintiff is informed and believes that Defendants used the Images on his business website from as early as September 1st, 2015. *See* Screenshots of Defendants' use attached hereto as "Exhibit B."

23.     Plaintiff is informed and believes that Defendants used the Images on his business Facebook webpage from as early as August 31st, 2015. *See* Screenshots of Defendants' use attached hereto as "Exhibit C."

24.     Defendants used the Images to promote the Defendants' business.

25.     Plaintiff did not consent to the use of his Images for commercial gain.

//

//

//

//

## **FIRST CAUSE OF ACTION**

## **COPYRIGHT INFRINGEMENT**

### **Title 17 of the United States Code**

26.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

27.     Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original materials and/or work.

28.     Plaintiff is informed and believes and thereon alleges that said Defendants infringed upon Plaintiff's copyrighted works in violation of Title 17 of the U.S. Code, in that it published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique work of the Plaintiff's consent or authority and acquired monetary gain and market benefit as a result.

29.     As a result of each and every Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to actual damages and profits pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c).

30.     As a result of the Defendants' violations of Title 17 of the U.S. code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

31.     Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendants

- Awarding Plaintiff statutory damages in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- Awarding Plaintiff costs of litigation and reasonable attorney's fees, pursuant to 17 U.S.C. § 505;

- Enjoining the Defendants from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- Awarding any other relief the Court deems just and proper.


Dated: December 29, 2016                    Respectfully submitted,

                                            **/s/ Mathew K. Higbee**
                                            Mathew K. Higbee, Esq.
                                            Cal. Bar No. 241380
                                            HIGBEE & ASSOCIATES
                                            1504 Brookhollow Dr., Ste 112
                                            Santa Ana, CA 92705-5418
                                            (714) 617-8350
                                            (714) 597-6729 facsimile
                                            *Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Jorge Salas, hereby demands a trial by jury in the above matter.

Dated: December 29, 2016                    Respectfully submitted,

                                            **/s/ Mathew K. Higbee**
                                            Mathew K. Higbee, Esq.
                                            Cal. Bar No. 241380
                                            HIGBEE & ASSOCIATES
                                            1504 Brookhollow Dr., Ste 112
                                            Santa Ana, CA 92705-5418
                                            (714) 617-8350
                                            (714) 597-6729 facsimile
                                            *Counsel for Plaintiff*